DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VAM LBK DEVELOPMENT, LLC, a Florida
limited liability company; BBC KEY, LLC, a Florida
limited liability company; LINCOLNSHIRE
ASSOCIATES II, LTD a foreign limited partnership;
AZURE LBK MANAGEMENT, LLC, a Florida limited
liability company; and JAMES A.
TALLMAN, individually,

Petitioners,

v.

ARIA LONGBOAT KEY CONDOMINIUM ASSOCIATION,
INC.; ASCENTIA HOLDINGS CORP.; ASCENTIA
DEVELOPMENT GROUP, INC.; SUFFOLK CONSTRUCTION
COMPANY, INC., a foreign for-profit Corporation;
SANTIESTEBAN & ASSOCIATES ARCHITECTS, LLC, a Florida
limited liability company et al; ARCHITECTURAL ENGINEERING,
INCORPORATED, a Florida for-profit corporation; and GEORGE F.
YOUNG, INC., a Florida profit corporation; AA STUCCO & DRYWALL,
INC., a Florida Corporation; ALBRECHT CABINETS, INC., a Florida
Corporation; AMERICAN PLUMBING OF SARASOTA, INC., a
Florida Corporation; CODE RED FIRE PROTECTION, INC., a Florida
Corporation; CROWTHER ROOFING AND SHEET METAL OF FLORIDA,
INC., a Florida Corporation; CURBCO, INC., a Florida Corporation;
DESIGNER MARBLE & GRANITE, INC., a Florida Corporation;
ECONOMY CAULKING, INC., a Florida Corporation;
ELITE-WEILER POOLS, INC., a Florida Corporation; COOK &
BOARDMAN, LLC d/b/a HOLLOW METAL SPECIALISTS, a North
Carolina limited liability company; LIBERTY ALUMINUM
CO., a Florida corporation; MULLET'S ALUMINUM PRODUCTS,INC., a
Florida corporation; POWER AIR CONDITIONING, INC., a Florida
corporation; SOUTHEASTERN SITE DEVELOPMENT, INC., a Florida
corporation; SPECTRUM CONTRACTING, INC., a Florida
corporation; TRI-CITY ELECTRICAL CONTRACTORS, INC., a Florida
corporation; WEST COAST PAINT, LLC, a Florida corporation; and WEST
TAMPA GLASS COMPANY, a Florida corporation,

Respondents.

No. 2D23-1098

_____

November 22, 2023

Petition for Writ of Certiorari to the Circuit Court for Sarasota County; Stephen Walker, Judge.

Duane A. Daiker, Daniel J. Deleo, Anthony J. Abate, Michele Leo Hintson, and Andrew J. Oppenhem of Shumaker, Loop & Kendrick, LLP, Sarasota, for Petitioners.

Joseph M. Herbert of Norton, Hammersley, Lopez & Skokos, P.A., Sarasota, for Respondent for Aria Longboat Key Condominium Association, Inc., LLC.

No appearance for the remaining Respondents.

PER CURIAM.

Dismissed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.